# UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __ILLINOIS, EASTERN DIVISION__

IN THE MATTER OF ARREST WARRANT FOR )
BELINDA JOHNSON, 728 WEST 138TH STREET,)
FIRST FLOOR, RIVERDALE, IL 60827 )
)
)

**WARRANT FOR ARREST**

CASE NUMBER: 02 CR 948

**FILED**

MAR 0 7 2003

OCT 3 - 2002

**MICHAEL W. DOBBINS
CLERK, U S DISTRICT COURT**

To: Secret Service
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __BELINDA JOHNSON__
Name

and bring him or her forthwith to the nearest magistrate to answer a

__ Indictment __ Information _X_ Complaint __ Order of court __ Violation Notice __ Probation Violation Petition

charging her with (brief description of offense)

knowingly and with intent to defraud produce, use, traffics in one or more counterfeit access devices, and the offense affects interstate commerce

in violation of Title __18__ United States Code, Section __1029(a)(1)__.

Arlander Keys
Name of Issuing Officer

U.S. CHIEF MAGISTRATE JUDGE
Title of Issuing Officer

Signature of Issuing Officer
(By) Deputy Clerk

Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

8

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at I-290/25TH Ave, Chicago, IL

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 10/1/02 | Special Agent Scott A. Heston | [signature] |
| DATE OF ARREST 10/2/02 | | |